**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE NATHAN SIEGELMAN,  ) | Case No.:  CV 09-8993 DSF (CWx) |
|             Plaintiff,                    ) | |
|        vs.                                   ) | JUDGMENT |
| COUNTY OF SANTA BARBARA, ) | |
|             Defendant.                  ) | |
| _____ ) | |

The Court having granted Defendant's motion for summary judgment,

IT IS NOW ORDERED AND ADJUDGED that Plaintiff take nothing, that her claims be dismissed on their merits and with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

8/8/11

Dated: _____          _____
                                                           Dale S. Fischer
                                                     United States District Judge